IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MONICA JOHNSON,

    Plaintiff,

v.

    No: 3:13-cv-716

    JURY DEMANDED

ARRIVA MEDICAL, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby give notice to the Court that they have resolved this matter. As such, the parties respectfully request that the Court dismiss this matter with prejudice.

Respectfully submitted on December 23, 2013.

| | |
|---|---|
| s/ Jennifer S. Rusie | s/ Jonathan L. Bobbitt |
| Jennifer S. Rusie (BPR # 26009) | Justin S. Gilbert (TN Bar No. 017079) |
| Jonathan O. Harris (BPR 21508) | Jonathan L. Bobbitt (TN Bar No. 023515) |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | GILBERT RUSSELL McWHERTER, PLC |
| SunTrust Plaza, Suite 1200 | 5409 Maryland Way, Suite 150 |
| 401 Commerce Street | Brentwood, Tennessee 37027 |
| Nashville, Tennessee 37219 | Telephone: 615-354-1144 |
| (615) 254-1900 | Facsimile: 615-664-1540 |
| (615) 254-1908 (Facsimile) | jgilbert@gilbertfirm.com |
| jon.harris@odnss.com | jbobbitt@gilbertfirm.com |
| jennifer.rusie@odnss.com | |
| | Jessica F. Salonus (TN Bar No. 28158) |
| | 101 N. Highland Avenue |
| | Jackson, Tennessee 38301 |
| | Telephone: 731-664-1340 |
| | Facsimile: 731-664-1540 |
| | jsalonus@gilbertfirm.com |