IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MONICA JOHNSON )
)
    Plaintiff, )
) Case No. 3:13-cv-00716
v. ) Chief Judge Haynes
)
ARRIVA MEDICAL, LLC, )
)
    Defendant. )

## O R D E R

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 12). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 2nd day of January, 2014.

                                WILLIAM J. HAYNES, JR.
                                Chief Judge
                                United States District Court